UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MELVIN COUCH, *on behalf of himself and all others similarly situated*, ) ) )<br><br>*Plaintiff*, ) )<br><br>*vs.* ) )<br><br>WILCO LIFE INSURANCE CO., *f/k/a Conseco Life Insurance Company*, ) ) )<br><br>*Defendant*. ) | No. 1:18-cv-01774-JMS-DLP |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendant, such that Plaintiff shall take nothing by way of his Complaint.


Date: 1/18/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana


Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court


**Distribution via ECF only to all counsel of record**

1